UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| SHIELA REDERICK and LARRY DEAN REDERICK,<br><br>Plaintiffs,<br><br>vs.<br><br>CHAD MARKS,<br><br>Defendant. | 4:25-CV-04161-CCT<br><br>**ORDER REQUIRING FILING FEE OR MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |

Co–plaintiffs, Shiela Rederick and Larry Rederick, filed suit alleging breach of contract. Docket 1. Larry Rederick is a federal prisoner at Sandstone Federal Correctional Institution, and Shiela Rederick is his mother. *Id.* at 2.

Because the plaintiffs filed their complaint but did not pay the civil filing fee, the Clerk of Court directed them to either pay the full civil filing fee or return completed applications to proceed in forma pauperis sent to them by the Clerk of Court. At this time, neither Shiela nor Larry has moved for in forma pauperis status or alternatively paid the full $405 civil complaint filing fee. Thus, the plaintiffs must either pay the $405 filing fee or move to proceed in forma pauperis by October 15, 2025, or their case will be dismissed for failure to prosecute. "However, 28 U.S.C. § 1915(b)(3) precludes the court from collecting more than one filing fee per case: 'In no event shall the filing fee collected exceed the amount of fees permitted by statute for the

commencement of a civil action or an appeal of a civil action or criminal judgment.'" *Cole v. Houston*, No. 4:06cv3314, 2007 WL 1309821, at *1 (D. Neb. Mar. 30, 2007) (quoting 28 U.S.C. § 1915(b)(3)). Thus, if both parties choose to pay the filing fee as opposed to submitting the forms this court orders them respectively to submit, the parties shall collectively pay only one $405 filing fee to proceed with their case.

Thus, IT IS ORDERED:

1. That the Clerk of Court shall send Shiela Rederick a copy of Form AO 239.

2. That Shiela must return a current and completed Form AO 239 or pay the full $405 civil complaint filing fee by October 15, 2025.

3. That the Clerk of Court send Larry Rederick a blank Motion to Proceed Without Prepayment of Fees and Declaration form and a blank Prisoner Trust Account Report form.

4. That Larry must move for leave to proceed in forma pauperis status and submit a certified prisoner trust account report or pay the full $405 civil complaint filing fee by October 15, 2025.

5. That if both Shiela and Larry choose to pay the filing fee as opposed to submitting the requested documents, plaintiffs collectively shall pay one filing fee of $405.

6. Either plaintiff's failure to comply with this order by October 15, 2025, will result in dismissal of the respective plaintiff's claims without prejudice for failure to prosecute.

Dated September 15, 2025.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE